■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ROMAN, Appellant. [691 NYS2d 806] —Judgment unanimously affirmed. Memorandum: Defendant contends that the verdict is against the weight of the evidence. We disagree. The record establishes that the jury properly " 'weigh[ed] the relative probative force of conflicting testimony and the relative

strength of conflicting inferences that may be drawn from the testimony' " in reaching its verdict (*People v Bleakley*, 69 NY2d 490, 495, quoting *People ex rel. MacCracken v Miller*, 291 NY 55, 62). (Appeal from Judgment of Monroe County Court, Marks, J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Pigott, Jr., Hurlbutt and Scudder, JJ.